### TANXLEY *v.* LAMPKIN *et al.*

LEWIS, J.   Where a laborer institutes a suit to foreclose a lien which he claims against real estate, and on the trial of the issue formed thereon there is no testimony to show that he has completed his contract of labor, a verdict for the defendant is demanded by the evidence. In the present case, therefore, the court did not err in overruling the certiorari.

                    *Judgment affirmed. All the Justices concurring.*

                Argued June 7, — Decided July 20, 1901.

Certiorari.   Before Judge Brinson.   Richmond superior court. December 16, 1900.

*B. B. McCowen*, for plaintiff.   *S. F. Garlington*, for defendants.

---

### PORTER *v.* OCEAN STEAMSHIP COMPANY.

SIMMONS, C. J.   Where an employee sued his master for injuries alleged to have been sustained by reason of the master's negligence, and the evidence showed that, if the master was negligent at all, the plaintiff knew of such negligence and took the resulting risk, it was not error to grant a nonsuit.

                    *Judgment affirmed. All the Justices concurring.*

                Argued June 12, — Decided July 20, 1901.

Action for damages.   Before Judge Falligant.   Chatham superior court.   August 10, 1900.

*Lester & Ravenel* and *R. L. Colding*, for plaintiff.
*Lawton & Cunningham*, for defendant.